Robert Fish, Esq. (SBN: 149711)
rfish@fishiplaw.com
Mei Tsang, Esq. (SBN: 237959)
mtsang@fishiplaw.com
Josh Emory, Esq. (SBN: 259320)
jemory@fishiplaw.com
Fish & Associates, PC
2603 Main Street, Suite 1000
Irvine, California 92614-4271
Telephone:   (949) 943-8300
Facsimile:    (949) 943-8358

JS-6

Attorneys for Plaintiff and Counter-defendant, BIOMAGIC, INC.; and Counterdefendants JANICE ALFREY and PAUL ALFREY

Darrell L. Olson (SBN 77,633)
Darrell.Olson@kmob.com
Brent Johnson, Ph.D. (SBN 258,994)
Brent.Johnson@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendants/Counterclaimants, DUTCH BROTHERS ENTERPRISES, LLC; AGRAKEY SOLUTIONS, LLC; and, Defendant, JOHN REITSMA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| BIOMAGIC, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DUTCH BROTHERS; ENTERPRISES, LLC; AGRAKEY SOLUTIONS, LLC; and JOHN REITSMA, and DOES 1 to 10,<br><br>    Defendants.<br><br>AND RELATED CROSS ACTIONS | Civil Action No.: SACV10-00290 JST (RNBx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS<br><br>Hon. Josephine Staton Tucker |

Plaintiff/Counter-Defendant BioMagic, Inc., Counter-Defendants Janice Alfrey and Paul Alfrey, Defendants/Counterclaimants Dutch Brothers Enterprises, LLC and AgraKey Solutions, LLC and Defendant John Reitsma having represented to the Court that they have resolved this matter and the Court having considered the parties' Joint Motion To Dismiss All Claims And Counterclaims and good cause appearing, hereby GRANTS the parties' Joint Motion and the Court Orders as follows:

1. This Court has jurisdiction over these parties and the subject matter within.

2. Venue is proper in this judicial district.

3. All claims filed herein by BioMagic, Inc. against Dutch Brothers Enterprises, LLC, Agrakey Solutions, LLC and John Reitsma are dismissed with prejudice.

4. All counterclaims filed herein by Dutch Brothers Enterprises, LLC and AgraKey Solutions, LLC against BioMagic, Inc., Janice Alfrey and Paul Alfrey are dismissed without prejudice. However, Dutch Brothers Enterprises, LLC, AgraKey Solutions, LLC and John Reitsma shall not affirmatively assert said counterclaims based upon the facts of this action in a declaratory judgment action against BioMagic Inc., Janice Alfrey or Paul Alfrey. Dutch Brothers Enterprises, LLC, AgraKey Solutions, LLC and John Reitsma reserve the right to file a declaratory judgment action affirmatively asserting said counterclaims based upon a different set of facts not of this action.

1     5.     Each party shall each bear its own costs and attorneys' fees with no
2            admission of liability by any party.
3  **IT IS SO ORDERED**.

5  Dated: January 24, 2011        By: __JOSEPHINE STATON TUCKER__
                                      The Honorable Josephine Staton Tucker
6                                     United States District Court Judge

7  10229208

-2-